## Rafael Ignacio GUERRERO, a/k/a Rafael Ignacio Guerro-Sanchez, Petitioner

### v.

## ATTORNEY GENERAL OF THE UNITED STATES

### No. 16-1217

United States Court of Appeals, Third Circuit.

November 22, 2016

Dated: November 30, 2016

Rafael Ignacio Guerrero-Sanchez, Pro Se

Aric A. Anderson, Esq., Thomas W. Hussey, Esq., Loretta Lynch, Esq., United States Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent

Present: SHWARTZ, COWEN and FUENTES, Circuit Judges

Patty Shwartz Circuit Judge

1. Motion by Respondent to Amend the Opinion Dated 10/19/16.

ORDER

The foregoing Motion by Respondent to amend the Opinion dated 10/19/16 is granted. An amended opinion will be filed.